IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRESTRIAL COMMS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 3:20-cv-01620-N |
| | ) |
| NEC CORPORATION, AND NEC CORPORATION OF AMERICA | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND STIPULATION TO STAY ALL FUTURE DEADLINES**

Plaintiff Terrestrial Comms LLC and Defendants NEC Corporation and NEC Corporation of America (collectively, "Parties") hereby jointly notify the Court that the Parties have reached a settlement in principle in the above-captioned case. The Parties are in the process of preparing and finalizing the settlement and a stipulation of dismissal with prejudice. Accordingly, the Parties stipulate and respectfully request the Court to stay all future deadlines, conferences, and actions in the above-captioned case. The Parties expect to submit a stipulation of dismissal with prejudice as soon as practicable.

Dated: July 22, 2020

Respectfully submitted,

/s/ *Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorney for Plaintiff*

/s/ *Brian Paul Gearing*
Brian Paul Gearing, *pro hac vice*
New York Bar No. 4425880
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022-2524
Tel: (212) 223-4000
Fax: (212) 223-4134
bgearing@crowell.com

Michael E. Jones
SBN:  10929400
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendants NEC Corporation and NEC Corporation of America*